IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| APPLE INC., <br><br> Movant <br><br> v. <br><br> BASECAMP, LLC, <br><br> Defendant. | Case No. 21-cv-3860 <br><br> Underlying Litigation: <br><br> *Cameron v. Apple Inc.,* <br> No. 4:19-cv-3074 <br><br> *In re Apple iPhone Antitrust Litigation,* <br> No. 4:11-cv-6714 <br><br> U.S. District Court for the Northern District Of California |

### APPLE INC.'S MOTIONS TO COMPEL AND EXPEDITE PROCEEDINGS

Pursuant to Federal Rules of Civil Procedure 26(b), Apple Inc. ("Apple") respectfully moves this Court to compel discovery in response to a subpoena that Apple has served on Basecamp, LLC ("Basecamp") in connection with *Cameron v. Apple Inc.*, No. 4:19-cv-03074-YGR (N.D. Cal.) and *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR (N.D. Cal.) (the "Subpoena"). Apple further moves this court to expedite the proceedings.

The grounds for these motions are set forth in the memorandum of law and the Declaration of Michael R. Huttenlocher, Esq., dated July 19, 2021 (the "Huttenlocher Declaration") including the attached exhibits. The proposed orders for Apple's motions are attached. The Subpoena is attached as Exhibits 1 to the Huttenlocher Declaration. Pursuant to Local Civil Rule 78.3, the movants respectfully request oral argument on this motion.

Undersigned counsel and counsel for the Movants held a meet-and-confer regarding the subpoenas on July 1, 2021. In addition, undersigned counsel contacted counsel for Basecamp on

1

July 19, 2021, in order to confer pursuant to Local Civil Rule 37.2, but counsel for Basecamp would not agree to produce documents in response to the subpoenas. Basecamp also objected to Apple's motion to expedite.

Dated: July 20, 2021

**MCDERMOTT WILL & EMERY LLP**

By: */s/ Daniel Campbell*
Daniel Campbell
444 West Lake Street
Chicago, IL 60606-0029
Tel: 312-372-2000
Fax: 312-984-7700
dcampbell@mwe.com

John J. Calandra (motion for admission *pro hac vice* pending)
Nicole Castle (motion for admission *pro hac vice* pending)
Michael R. Huttenlocher (motion for admission *pro hac vice* pending)
340 Madison Avenue
New York, New York 10173
Tel: 212-547-5400
Fax: 212-547-5444
jcalandra@mwe.com
ncastle@mwe.com
mhuttenlocher@mwe.com

*Attorneys for Apple Inc.*

## **CERTIFICATE OF SERVICE**

I, Daniel Campbell, an attorney, hereby certify that on July 20, 2021, I caused a true and correct copy of the foregoing to be filed and served electronically via the court's CM/ECF system. Notice of this filing was sent via email to the following parties.

Brandon Kressin
KANTER LAW GROUP
1717 K Street NW
Suite 900
Washington, DC 20006
Tel.: 202-792-3037
brandon@kanterlawgroup.com

*Counsel for the Coalition for App Fairness*

*/s/ Daniel Campbell*
Daniel Campbell
444 West Lake Street
Chicago, IL 60606-0029
Tel: 312-372-2000
Fax: 312-984-7700
dcampbell@mwe.com